# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| HODGINS | : |
| | : **CASE NO. 1:02CV1454** |
| Plaintiff, | : |
| | : |
| | : Judge Ann Aldrich |
| | : Magistrate Judge Vecchiarelli |
| v. | : |
| | : |
| | : **Notice of Manual Filing** |
| | : |
| CARLISLE ENGINEERED PRODUCTS, INC., et al | : |
| | : |
| Defendants. | : |
| | : |

Please take notice that Plaintiff Pierre Hodgins has manually filed the following document:

Ex. C to Plaintiff's Response in Opposition to Defendants' Motion to Exclude Testimony of Dr. Peter Thorne: Dr. Peter Thorne's Expert Report and attached curriculum vitae.

This document has not been filed electronically because the electronic size of the document is over 1.5 megabytes.

The document or thing has been manually served on all parties.

                Respectfully submitted,

                /s/Amy J. Leonard
                D. David Altman (0021457)
                Amy J. Leonard (0040611)
                D. DAVID ALTMAN CO., L.P.A.
                15 East 8th Street, Suite 200W
                Cincinnati, OH 45202
                (513) 721-2180
                E-mail: daltman@one.net
                Trial Attorneys for Plaintiff