COMPLETE DOCUMENT ON FILE IN THE CLERK'S OFFICE

EXHIBITS A, B, C, E & F TO PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO EXCLUDE TESTIMONY, Document #142

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

HODGINS

    Plaintiff,

v.

CARLISLE ENGINEERED PRODUCTS, INC., et al

    Defendants.

CASE NO. 1:02CV1454

Judge Ann Aldrich
Magistrate Judge Vecchiarelli

**Notice of Manual Filing**

Please take notice that Plaintiff Pierre Hodgins has manually filed the following document:

Ex. A to Plaintiff's Response in Opposition to Defendants' Motion to Exclude Testimony of Dr. Peter Thorne: Fig. 3-1, Total VOC Concentrations in Soil Gas, Cox-Colvin & Associates, Inc.

This document has not been filed electronically because scanning will affect the clarity of the document.

The document or thing has been manually served on all parties.

    Respectfully submitted,

    /s/Amy J. Leonard
    D. David Altman (0021457)
    Amy J. Leonard (0040611)
    D. DAVID ALTMAN CO., L.P.A.
    15 East 8th Street, Suite 200W
    Cincinnati, OH 45202
    (513) 721-2180
    E-mail: daltman@one.net
    Trial Attorneys for Plaintiff