# D.David Altman Co.
*a legal professional association*

<u>VIA UPS OVERNIGHT DELIVERY</u>

Office of the Clerk
United States District Court
Northern District of Ohio, Eastern Division
ATTN: Clerk of Courts
801 W. Superior Avenue
Cleveland, OH 44113

April 1, 2008

Re: <u>Hodgins v. Carlisle Engineered Products, Inc. et. al.</u>
Case No. 1:02CV 1454

Dear Sir or Madam:

Enclosed for filing are:

1. Exhibits A through N to the deposition of George Colvin, taken on July 10, 2003, and November 14, 2003;
2. Exhibits 1 through 28 to the deposition of George H. Colvin, CPG, taken on February 1, 2006; February 10, 2006; and February 21, 2006;
3. Exhibits 1 through 8 to the deposition of Craig Cox, taken on December 19, 2005;
4. Exhibits 1 through 21 to the deposition of Stanley Feenstra, Ph.D., CGWP, taken on January 26, 2006;
5. Exhibits 1 through 5 to the deposition of Robert C. Frey, Ph.D., taken on December 3, 2004;
6. Exhibits 1 through 5 to the deposition of Robert W. Indian, taken on December 8, 2004;
7. Exhibits 1 through 18 to the deposition of Adrienne LaFavre, taken on September 17, 2003;
8. Exhibits 1 through 9 to the deposition of Donald R. Lewis, M.D., MPH, taken on April 27, 2006;
9. Exhibits 1 through 4 to the deposition of Jeffrey Rizzo, taken on August 12, 2005;
10. Exhibits 1 through 66 to the deposition of Robert Roharik, taken on October 10, 2003; November 13, 2003; and December 14, 2003;
11. Exhibits 1 through 9 to the deposition of Ralph Schwendeman, taken on October 6, 2003;
12. Exhibits 1 through 3 to the deposition of Peter Thorne, M.S., Ph.D., taken on June 6, 2006;
13. Exhibits 1 through 35 to the deposition of Alice B. Uminska, taken on July 23, 2004; and
14. Exhibits 1 through 11 to the deposition of Julie Weatherington-Rice, Ph.D., CPG, CSS, taken on January 10, 2006; January 11, 2006; and January 24, 2008.

Clerk of Courts, U.S. District Court, Northern District of Ohio, Eastern Division
April 1, 2008
Page 2 of 2

Please file the same. Thank you for your assistance.

Very truly yours,

*Amy J. Leonard*

Amy J. Leonard

Encl.